IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CARPENTERS COMBINED FUNDS, INC., By )
JAMES R. KLEIN, Administrator, )
                                         )        Civil Action No. 07-0725
             Plaintiff, )
                                           )
           vs. )
                                             )
A&L, INC., )
                                           )
           Defendant. )

## STIPULATION OF DISMISSAL

TO:    Clerk of Courts

        It is hereby stipulated by the parties that the above-captioned case is di scontinued.

TUCKER ARENSBERG, P.C.               BLUMLING & GUSKY, P.C.

s/ Jeffrey J. Leech                             s/Maureen E. Sweeney
Jeffrey J. Leech, Esquire                    Maureen E. Sweeney, Esquire
PA I.D. No. 19814                                 PA I.D. No. 70487
1500 One PP G Place                           1200 Koppers Building
Pittsburgh, PA 15222                         Pittsburgh, PA 15219
Attorney for Plaintiff                         Attorney for Defendants

LIT:444823-1 010342-110772

SO ORDERED, this 13th day of August, 2008.

Gary L. Lancaster, U.S. District Judge